IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARKEL SERVICE INCORPORATED as subrogee of HOUSTON HEALTHCARE SYSTEM, INC., | * <br> * <br> Case No.  5:25-cv-00140-MTT |
| Plaintiff, | * |
| v. | * |
| UNITED STATES OF AMERICA, | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk